# Court of Appeals of the State of Georgia

ATLANTA, January 07, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0263. ROOSEVELT LEE, JR. v. THE STATE.

On September 22, 2025, the trial court entered an order dismissing Roosevelt Lee, Jr.'s motion for an out-of-time appeal. On December 16, 2025, Lee filed this application for discretionary review. However, an application for discretionary review must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35(d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35(d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Lee filed this application 85 days after entry of the trial court's order, it is untimely and is hereby DISMISSED.[1]



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/07/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*

---

[1] Lee tried to file the application on November 17, 2025, but we returned it because he failed to include the trial court's order or a certificate of service, in violation of Court of Appeals Rules 6(d) and 31(c). Even if we had accepted the application on November 17, however, it still would be untimely.